# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ROBERT LOGAN BERRY, JR., | Case No. 3:16-cv-00470-MMD-WGC |
| Petitioner, | ORDER |
| v. | |
| ISIDRO BACA, *et al.*, | |
| Respondents. | |

Respondents having filed a motion for enlargement of time (first request) (ECF No. 15), and good cause appearing, it is therefore ordered that respondents' motion for enlargement of time (first request) (ECF No. 15) is granted. Respondents will have through February 20, 2018, to file and serve a response to petitioner's motion for relief from judgment (ECF No. 13) and motion for leave to file an amended petition (ECF No. 14).

DATED THIS 12th day of January 2018.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE