# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ROBERT LOGAN BERRY, JR., | Case No. 3:16-cv-00470-MMD-WGC |
| Petitioner, | ORDER |
| v. | |
| ISIDRO BACA, *et al.*, | |
| Respondents. | |

Petitioner having filed an unopposed motion for extension of time (first request) (ECF No. 19), and good cause appearing, it is therefore ordered that petitioner's unopposed motion for extension of time (first request) (ECF No. 19) is granted. Petitioner will have through March 6, 2018, to file and serve replies to respondents' opposition to motion for leave to file amended petition (ECF No. 17) and opposition to motion for relief from judgment (ECF No. 18).

DATED THIS 21st day of February 2018.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE