UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ROBERT LOGAN BERRY, JR., | Case No. 3:16-cv-00470-MMD-WGC |
| Petitioner, | ORDER |
| v. | |
| ISIDRO BACA, *et al.*, | |
| Respondents. | |

Petitioner filed an unopposed motion to extend time (second request) (ECF No. 38). The Court finds good cause exists to grant the motion.

It therefore is ordered that Petitioner's unopposed motion to extend time (ECF No. 38) is granted. Petitioner will have up to and including July 20, 2020, to file a reply to the answer (ECF No. 35).

DATED THIS 6th day of July 2020.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE